# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS
No. 07-119V
Filed: December 5, 2011
(Not to be Published)

| | |
|---|---|
| J.E., | |
| Petitioner, | Autism; Attorneys' Fees and Costs |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

## DECISION ON ATTORNEY FEES AND COSTS[1]

**Vowell,** Special Master:

Pro se petitioner, J.E., filed a "petition to reclaim costs associated with filing" on November 9, 2011. Her request was interpreted as a motion for costs. Petitioner is entitled to reasonable costs pursuant to §§ 15(b) and (e)(1). Petitioner seeks costs in the amount of $763.46. After requesting additional time to review the motion and prepare a response, on December 5, 2011 respondent's counsel orally indicated to the court that she has no objection to petitioner's motion.

I find that this petition was brought in good faith and upon a reasonable basis. Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. §§ 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award $763.46 in the form of a check payable to petitioner, J.E., for her personal litigation costs.**

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED.**

Denise K. Vowell
Special Master

---

[2] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review. See Vaccine Rule 11(a).